EDWARD B. HITTLEMAN, Plaintiff, v. POLK AVENUE BUILDING Co., INC., and Others, Respondents; MAX H. NEWMAN, Defendant; CHARLES S. COLDEN, as Receiver, Appellant.— Motion granted upon condition that Fannie Goldfarb forthwith pay the sum of $250 and give an undertaking, with corporate surety, conditioned for the payment of the balance in weekly installments of ten dollars; otherwise, motion for release denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Petition of CATHERINE BELTON, etc., Substituted in Place of TERESA DEMPSEY, to Prove the Last Will and Testament of THOMAS DEMPSEY, Late of the County of Kings, Deceased. JAMES J. RYAN, Executor and Trustee Named in the Will of THOMAS DEMPSEY, Deceased, Dated June 8, 1921, Appellant; CATHERINE BELTON, Individually and as Executrix, etc., Respondent. Motion to resettle order denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account in Proceedings of THOMAS F. TEVLIN as Executor, etc., of PHILIP A. ENGELDRUM, Deceased. THOMAS F. TEVLIN, Appellant; WILLIAM H. GAITINGS and Others, Respondents.— Motion for stay denied, with ten dollars costs. Motion to dispense with printing certain exhibits granted, and the parties may use the originals or copies on the argument. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of Supplementary Proceedings: WILLIAM GOODMAN, Respondent, v. KRYSLER BUILDING CORPORATION and Others, Appellants.— Motion granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of LOUIS GREENSPAN, an Attorney.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HENRY MILLER, as Administrator, etc., of BERTHA MILLER, Deceased, to Discover Property of Said Deceased, Claimed to Be Withheld by SAMUEL LESSELBAUM and MOLLIE LESSELBAUM. HENRY MILLER, Individually and as Administrator, etc., of BERTHA MILLER, Deceased, Appellant; SAMUEL LESSELBAUM and Another, Respondents.— Motion to resettle order denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Estate of WILLIAM PFADENHAUER, Deceased. Application for Letters of Administration on the Goods and Chattels of the Deceased, by MARY MORGAN, the Only Surviving Daughter, Appellant; ELLIS T. TERRY, County Treasurer of Suffolk County, Respondent.— Motion to resettle order dated March 6, 1931, granted, and order resettled so as to provide that the costs be payable by the respondent, the county treasurer of Suffolk county, personally, or out of the treasury of Suffolk county. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JESSE KLEIN, Respondent, v. JOSEPH M. KLEIN, Appellant.— In view of the decision in the main appeal (post, p. 771), decided herewith, the motion to dismiss